Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

USDC CLERK, COLUMBIA, SC RECEIVED
2023 JUL 13 PM 4: 14

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

| | |
|---|---|
| Rosalind Renee Jackson | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | |
| Fortis College | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Rosalind Renee Jackson |
| Address | 20 Leanne Drive |
| City | Aiken |
| State | SC |
| Zip Code | 29805 |
| County | Aiken County |
| Telephone Number | 803-381-6762 |
| E-Mail Address | Jbecomingone@bellsouth.net |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Jennifer Yarnell |
| Job or Title (if known) | Former President of Fortis College Of Columbia, SC |
| Address | 246 Stoneridge Dr. Suite 101 |
| City | Columbia |
| State | SC |
| Zip Code | 29210 |
| County | Richland County |
| Telephone Number | 803-678-4800 |
| E-Mail Address (if known) | |

[ ] Individual capacity  [x] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Yvett Spees |
| Job or Title (if known) | Former Dean of Nursing |
| Address | 246 Stoneridge Dr. Suite 101 |
| City | Columbia |
| State | SC |
| Zip Code | 29210 |
| County | Richland County |
| Telephone Number | 803-678-4800 |
| E-Mail Address (if known) | |

[ ] Individual capacity  [x] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name: Jim Herbst
    Job or Title *(if known)*: Regional Vice President
    Address: 5026 Campbell Blvd
    City: Nottingham  State: MD  Zip Code: 21236
    County:
    Telephone Number: 410-633-2929
    E-Mail Address *(if known)*: Jherbst@edaff.com

[ ] Individual capacity  [X] Official capacity

Defendant No. 4
    Name: Eric Goodman
    Job or Title *(if known)*: Vice President
    Address: 5026 Campbell Blvd.
    City: Nottingham  State: MD  Zip Code: 21236
    County:
    Telephone Number: 410-633-2929
    E-Mail Address *(if known)*: Egoodman@edaff.com

[ ] Individual capacity  [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    31 U.S.C. 3729 — The college received federal moneys toward the matriculation of the nursing program for the plaintiff; however, intentionally impeded upon completion through skewing of test scores.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> The defendant did not allow the plaintiff to graduate with ADN degree because she allegedly did not pass her HESI test. The defendant skewed test scores the entire two years of matriculation of the plaintiff. The plaintiff was held hostage in the President of the college office. The plaintiff was threatened by the dean and the President, while in the office. see attachments

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

> Fortis College, Columbia, SC

B. What date and approximate time did the events giving rise to your claim(s) occur?

> June 13, 2014, Letter or acceptance date into ADN program, Fortis College, Columbia, SC.
> Skewing of test score started with the admissions test. see attachments

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

> When applying for the ADN program at Fortis College, Columbia, SC, I was told the college needed my high school transcript, however, I have an advanced degree. I was also made to take a basic math test and vocabulary of which I should have been exempt from. The college has me documented as taking a A&P test and Chemistry test upon admission. I did not take a A&P test or Chemistry test. See attachments

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

> The psychological ramifications suffered were traumatic. The college required me to take basic courses of which I should have been exempted from. The college detained my matriculation due to false test scores.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

> The college has detained graduation for almost 6 years due to skewing of test scores. The psychological ramifications have been traumatic. My career advancement has been impeded upon. Upon graduating nursing school and completing the licensure exam, I would have been applying for administrator positions starting salary 250,000 and above. All positions require a RN to qualify for the position. I have outstanding student loans. My family supported me while in nursing school at Fortis College. The sacrifices were vast. I am seeking punitive and compensatory damages in the amount of 33, 000,000. I am seeking my diploma of completion of ADN program from Fortis College. ( I have a plethora of supporting documentation.)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-13-2023

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Rosalind Renee Jackson

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City _____ State _____ Zip Code _____
Telephone Number: _____
E-mail Address: _____